NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

William F. Tarantino (SBN 215343)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105

ATTORNEY(S) FOR: California Grocers Association

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| California Grocers Association, a California non-profit organization, <br><br> Plaintiff(s), <br><br> v. <br><br> City of Long Beach, <br><br> Defendant(s) | CASE NUMBER: <br><br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  California Grocers Association
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| California Grocers Association | Plaintiff |
| City of Long Beach | Defendant |

January 20, 2021                        /s/ William F. Tarantino
Date                                    Signature

Attorney of record for (or name of party appearing in pro per):

California Grocers Association