## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | 2:21-cv-00524-ODW (ASx) | Date | February 16, 2021 |
|---|---|---|---|
| Title | *California Grocers Association v. City of Long Beach* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**          **In Chambers**

        In light of the recent case transfers, the hearing on Plaintiff's motion for preliminary injunction, originally set for February 19, 2021, will now be heard on **February 23, 2021, at 10:00 a.m.** before the Honorable Otis D. Wright, II.

        **IT IS SO ORDERED.**

                                                            _____ : ___00___

                        Initials of Preparer   SE