# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-00524-ODW(ASx) | Date | February 23, 2021 |
| Title | California Grocers Association v. City of Long Beach | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English-zoom | Sheri Kleeger-zoom |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| William F Tarantino-zoom<br>Byung-Kwan Park-zoom | Christopher M Pisano-zoom<br>Paul L More-(intervenor)-zoom |

**Proceedings:** EX PARTE APPLICATION for Temporary Restraining Order- Prelim Injunction [18]

The case is called, zoom appearances are made. The Court having carefully considered the papers and having heard the oral argument of counsel, takes the matter under submission. A detailed order will issue.

|  | 1 | : | 27 |
|---|---|---|---|
| Initials of Preparer | | se | |