JS-6

# United States District Court
# Central District of California

| CALIFORNIA GROCERS ASSOCIATION, | Case № 2:21-cv-00524-ODW (ASx) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF LONG BEACH, | |
| Defendant. | |
| UNITED FOOD & COMMERCIAL WORKERS LOCAL 324, | |
| Intervenor. | |

Pursuant to the Court's Order Granting Defendants' Motions to Dismiss, (ECF No. 58), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

///
///
///
///
///
///
///
///

1. Plaintiff shall recover nothing from Defendants;
2. Plaintiff's Amended Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

August 9, 2021

　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　**UNITED STATES DISTRICT JUDGE**