

**FILED**

AUG 24 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CALIFORNIA GROCERS ASSOCIATION, a California non-profit organization, | No. 21-55174 |
| | D.C. No. 2:21-cv-00524-ODW-AS Central District of California, Los Angeles |
| Plaintiff-Appellant, | |
| v. | ORDER |
| CITY OF LONG BEACH, a charter municipality, | |
| Defendant-Appellee, | |
| and | |
| UNITED FOOD & COMMERCIAL WORKERS LOCAL 324, | |
| Intervenor-Defendant-Appellee. | |

Before: SCHROEDER, TASHIMA, and HURWITZ, Circuit Judges.

This appeal challenges the district court's February 25, 2021 denial of preliminary injunctive relief. A review of the record reveals that while this appeal was pending, the district court dismissed the action and entered final judgment. Because the district court's order denying preliminary injunctive relief has merged into the final judgment entered on August 9, 2021, we dismiss this appeal as moot. *See Nationwide Biweekly Admin., Inc. v. Owen*, 873 F.3d 716, 730 (9th Cir. 2017)

LCC/MOATT

("When a case is dismissed while an appeal of an order on a preliminary injunction is pending, the preliminary injunction order 'merges' into the final judgment."); *SEC v. Mount Vernon Mem'l Park*, 664 F.2d 1358, 1361-62 (9th Cir. 1982).

Appellant's motion to dismiss (Docket Entry No. 27) is denied as moot.

**DISMISSED.**